JEREMY WAYNE SMAISTRLA
13364 MARTIN CT
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

BANK OF AMERICA
ATTN: BANKRUPTCY
PO BOX 9000
GETZVILLE, NY 14068

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

CREDIT COLLECTION
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

CSPIRE WIRELESS
PO BOX 159
MEADVILLE, MS 39653

EDWARD WARD
13364 MARTIN CT
GULFPORT, MS 39503

HARVARD SURGERY CENTER
2520 HOWARD AVE 2A
METAIRIE, LA 70001

HOMEFRONT PROPERTY MAN
1405 GOVERNMENT ST
OCEAN SPRINGS, MS 39564

LVNV FUNDING LLC
RESURGENT T
PO BOX 1269
GREENVILLE, SC 29602

NATIONAL CREDIT SYSTEM
ATTN: BANKRUPTCY
P.O. BOX 672288
ATLANTA, GA 30006

SINGING RIVER HOSPITAL
PO BOX 789
OCEAN SPRINGS, MS 39566

SMITH, ROUCHON
1456 ELLIS AVE
JACKSON, MS 39204

ST. TAMMANY PARISH HOS
1202 S TYLER ST
COVINGTON, LA 70433

SUNRISE CREDIT SERVICE
ATTN: BANKRUPTCY
PO BOX 9004
MELVILLE, NY 11747